No. 07-15-00142-CR

| | | |
|---|---|---|
| Kevin Cobb<br>   Appellant | § | From the County Court at Law No. 4<br>   of Travis County |
| | § | |
| v. | | September 10, 2015 |
| | § | |
| The State of Texas<br>   Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 10, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o